## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: July 17, 2019  
Index #   19-cv-4135

*Mauricio Arenas* — Plaintiff

against

*The Lightstone Group, LLC* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY          SS.:

_____James Perone_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 22, 2019_____, at ___11:45 AM___, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons in a Civil Action and Complaint with Supporting Documents

on _____The Lightstone Group, LLC_____, the Defendant in this action, by delivering to and leaving with _____Sue Zouky_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _2_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _303 Limited Liability Company Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:   Approx. Age: __55-60__   Approx. Wt: __125lbs__   Approx. Ht: __5'1__  
Color of skin: __White__   Hair color: __Red/Blonde__   Sex: __Female__   Other: _____

Sworn to before me on this  
_22nd_ day of July 2019

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2022

James Perone  
**Attny's File No.**  
Invoice•Work Order # S1826780

SERVICO, INC., P.O. BOX 871, ALBANY, NY 12201