UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x

| | |
|---|---|
| MAURICIO ARENAS, a/k/a DeGrupo | Civ. Case No.: 19-cv-04135-BMC |
| *Plaintiff*, | **STIPULATION OF DISMISSAL WITH <u>PREJUDICE</u>** |
| v. | |
| THE LIGHTSTONE GROUP, LLC, and 30-02 ASSOCIATES LLC | |
| *Defendants*, | |

-------------------------------------------------------------------- x

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the parties in the above-captioned action, that, pursuant to Fed. R. Civ. P. 41(a), this action is hereby dismissed **with prejudice** against all defendants. It is further agreed that each party shall bear its or his own costs and attorney's fees.

Dated: December 8, 2020
       New York, New York

PARDALIS & NOHAVICKA LLP

By: ___*Eleni Melekou*___
Eleni Melekou, Esq.
Pardalis & Nohavicka, LLP
950 Third Avenue, 25th Floor
New York, NY 10022
T: (212) 213-8511
E: Eleni@pnlawyers.com
*Attorneys for Plaintiff*

___*Solomon Rubin*___
Solomon Rubin
2077 Center Ave, Suite 6E
Fort Lee, NJ 07024
T: (718) 974-9303
E: Solomon.Rubin@outlook.com
Maintains a New York Office at:
569 East 8th Street
Brooklyn, NY 11218
Please correspond with NJ office
*Attorneys for Defendants*

SO ORDERED: 12/11/20

Digitally signed by Brian M. Cogan
_____
Honorable Brian M. Cogan, U.S.D.J